

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00982-CV

**IN RE RYDER INTEGRATED LOGISTICS, INC.** and Arthur McDaniels Moore, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                   Patricia O. Alvarez, Justice
                   Irene Rios, Justice

Delivered and Filed: May 8, 2024

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relators filed a petition for writ of mandamus on November 11, 2023. On April 29, 2024, relators filed an agreed motion to dismiss the mandamus petition, informing this court that a settlement had been reached between the parties in the underlying matter.

After consideration, the court **GRANTS** the motion. Accordingly, relators' petition for writ of mandamus is **DISMISSED**.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2023-CI-03928, in the 166th Judicial District Court, Bexar County, Texas, the Honorable John Gabriel presiding.